**ALABAMA POWER CO. v. A. J. KEY.**

6 Div. 67.

Supreme Court of Alabama.

March 31, 1932.

Arthur Fite, of Jasper, and Martin, Thompson & McWhorter and J. C. Blakey, all of Birmingham, for appellant.

J. B. Powell, of Jasper, for appellee.

GARDNER, J.

This is a companion case to, and governed by, the case of Alabama Power Co. v. O. C. Key, ante, p. 286, 140 So. 233. Upon that authority, the judgment here must be reversed and the cause remanded.

Reversed and remanded.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

**ALLISON LUMBER CO. v. SUMTER COUNTY.**

2 Div. 994.

Supreme Court of Alabama.

March 24, 1932.

James R. McDaniel, of York, for appellant.

Jenkins Jackson, of Livingston, for appellee.

PER CURIAM.

Appeal dismissed.

**Richard ASHE v. STATE.**

2 Div. 989.

Supreme Court of Alabama.

Dec. 3, 1931.

FOSTER, J.

Affirmed.

ANDERSON, C. J., and GARDNER, THOMAS, BOULDIN, and BROWN, JJ., concur.

KNIGHT, J., not sitting.

**BANKERS' FIRE & MARINE INS. CO. v. H. H. MONTGOMERY, as Supt. of Banks.**

6 Div. 917.

Supreme Court of Alabama.

Jan. 21, 1932.

H. H. Grooms and Coleman, Coleman, Spain & Stewart, all of Birmingham, for appellant.

H. L. Anderton, of Birmingham, for appellee.

FOSTER, J.

Reversed and remanded on authority of Ensley Mortgage & Loan Co. v. Chadwick, 223 Ala. 468, 136 So. 821.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

**Karl, alias Carl, BERGER v. STATE.**

I Div. 697.

Supreme Court of Alabama.

April 7, 1932.

PER CURIAM.

Appeal dismissed.

**Johnson BRANSFORD et al. v. W. O. McMAHON, Jr.**

I Div. 627.

Supreme Court of Alabama.

April 7, 1932.

PER CURIAM.

Appeal dismissed by appellants.